## ** SECTION 362 INFORMATION SHEET **

Ronald Hatcher and Debra Hatcher  
DEBTOR(S)

Chapter 13  
Case No.: 09-17282-bam

U.S. Bank. N.A.  
MOVANT  
PROPERTY INVOLVED IN THIS MOTION: 7364 Salvadora Place, Las Vegas NV 89113

NOTICE SERVED ON: Debtor(s) ___x___; Debtor (s) Counsel ___x___; Trustee ___x___

DATE OF SERVICE: _____

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS: | The EXTENT and PRIORITY of LIENS: |
| 1st U.S. Bank, N.A. (PB $619,194.80) | 1st  619,194.80 |
| 2nd Wells Fargo (PB $73,154.00) | 2nd  73,154.00 |
| 3rd GECCCC (PB $33,933.00) | 33,933.00 |
| Other _ IRS (PB $2,500.00) | Total Encumbrances: $ 728,781.80 |
| Total Encumbrances: $728,781.80 | APPRAISAL or OPINION as to VALUE: |
| APPRAISAL or OPINION as to VALUE: "Per attached Schedule "A" $425,654.00 | 425,654.00 |
| **TERMS OF MOVANT'S CONTRACT WITH THE DEBTOR** | **OFFER OF "ADEQUATE PROTECTION" FOR MOVANT:** |
| Amount of Note: $585,233.00<br>Interest Rate: 6.5<br>Duration: 30 Year<br>Payment Per Month: $4,582.33<br>Date of Default: June 1, 2009<br>Amount of Arrearages: $39,041.76<br>Date of Notice of Default: March 6, 2008<br>SPECIAL CIRCUMSTANCES: I, Gregory L. Wilde, hereby certify that an attempt has been made to confer with debtor(s) counsel, or with debtor(s) and that more than two (2) business days have expired, and that after sincere effort to do so, counsel has been unable to resolve this matter without court action.<br><br>SUBMITTED BY: _____<br><br>SIGNATURE: _____ | Cure arrears thru an APO. Make next monthly payment timely. Stay current.<br><br>SPECIAL CIRCUMSTANCES:<br><br>SUBMITTED BY: _AJ Neworth_<br><br>SIGNATURE: _____ |

```
NEWARK & NEWARK LAW FIRM
RICHARD C. NEWARK, ESQ.
Nevada Bar #002763
NARRAH F. NEWARK, ESQ.
Nevada Bar #008201
201 Las Vegas Blvd, S., #350                    E-Filed on February 5, 2010
Las Vegas, NV 89101
(702) 888-2525
Fax: (702) 888-2526
E-mail: BK@nnbklaw.com
Attorneys for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**RONALD HATCHER**<br>**DEBRA HATCHER**<br><br>　　　　　　　Debtor(s). | Chapter 13<br>Case No. 09-17282-bam<br><br><br>DATE: 2/23/2010<br>TIME: 1:30 p.m. |

## OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, the Debtors, RONALD HATCHER and DEBRA HATCHER, by and through their attorneys, NARRAH F. NEWARK of NEWARK & NEWARK LAW FIRM, and respectfully request this Court to deny the MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed by US BANK NA, by and through its attorneys, GREGORY L. WILDE of WILDE & ASSOCIATES and TIFFANY & BOSCO.

### POINTS AND AUTHORITIES

11 USC Section 362 (d) (1) states that the Court may terminate, modify or condition stay

> "for cause, including the lack of adequate protection of an interest in property of such party in interest;---"

11 USC Section 362 (d) (2) the Court may terminate, modify or condition a stay

> "with respect to a stay of an act against property under subsection (a) of this section, if-
>
> (A)　the debtor does not have an equity in such property AND
>
> (B)　such property is not necessary to an effective reorganization

## STATEMENT OF FACTS

Debtors' property has liens of approximately $728,781,80 for the property located at 7364 Salvadora Place, Las Vegas, NV 89113, and the home is necessary for an effective reorganization. Debtors believes that they may have minimal equity in the property.

11 USC Section 362 (d) (1) may apply as:

1. Debtors acknowledge that if they are late on the post petition mortgage payments, she will need some time to acquire the necessary funds to cure all post-petition arrearages.

2. Debtors' intention is to stay current on future post-petition mortgage payments.

THEREFORE, Debtors request that the motion filed be denied under 11 USC Section (d) (1) or (2), and that any action on creditor's behalf be stayed for an adequate amount of time to allow Debtors to become current on the post petition mortgage arrearages, if necessary, and/or to Stipulate to an Order Re Adequate Protection.

Respectfully submitted:

NEWARK & NEWARK

By: /s/ NARRAH F. NEWARK
NARRAH F. NEWARK, ESQ.
NB#008201
Attorney for Debtor(s)

# CERTIFICATE OF MAILING OF OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

I hereby certify that on __February 5, 2010__, I faxed and mailed a true and correct copy by facsimile and by first class mail, postage prepaid, to the below named the OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY:

US Bank
c/o Greg Wilde, Esq.
Wilde & Associates
208 S. Jones
Las Vegas, NV 89107
**VIA FACSIMILE & ECF**

Rick Yarnall, Trustee
701 E Bridger #820
Las Vegas, NV 89101
**VIA ECF**

Ronald and Debra Hatcher
7364 Salvadora Place
Las Vegas, NV 89113

/s/ Betsy L. Smith
An employee of NEWARK & NEWARK LAW FIRM